**DORIT LAW FIRM**
J NILEY DORIT, ESQ.    SBN: 95414
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CALIFORNIA 94104
TEL: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

ATTORNEY FOR PLAINTIFF(S)

E-filing

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE THAMES, an individual,
CHRISTOPHER SMITH, a minor, by and
through his Guardian ad Litem, AISHA
ROACH,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA; SAN
FRANCISCO VETERANS
ADMINISTRATION MEDICAL CENTER,
DOES 1 through 50 inclusive,

    Defendants,

Case No. CV-08 2617 JCS

**PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM OF A MINOR**

Petitioner alleges:

1. Petitioner, AISHA ROACH, who resides at 155 Loehr Street, Apt B, SF 94134, is the adult sister of CHRISTOPHER SMITH, who is a minor, 11 years of age.

2. This application seeks the appointment of AISHA ROACH, as guardian ad litem for CHRISTOPHER SMITH, a minor, who resides with his mother, VALERIE THAMES, at 165 Britton Street, San Francisco, California.

3. Said minor person has a cause of action against defendants, and his best interests require that he bring an action in this court to recover compensation for the wrongful death of his step-father, ROBERT THAMES.

THAMES:  Pet/Order re GAL   - 1

4. Petitioner is a competent and responsible person, qualified to act as the guardian ad litem of said minor in said action; that no previous application for appointment of such guardian ad litem in this action has been made.

WHEREFORE, petitioner prays that she be appointed guardian ad litem for CHRISTOPHER SMITH to prosecute such action on his behalf.

Date: 5/19/08

DORIT LAW FIRM

J NILEY DORIT
Attorney for Plaintiff(s)

## VERIFICATION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

AISHA ROACH
Petitioner/Applicant

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition.

Date:

AISHA ROACH
Petitioner/Applicant

## ORDER APPOINTING GUARDIAN AD LITEM

Upon proof being made to the satisfaction of the Court and good cause appearing therefor,

THE COURT finds that it is reasonable and necessary to appoint a guardian ad litem for CHRISTOPHER SMITH, as requested.

THE COURT ORDERS that AISHA ROACH is hereby appointed as guardian ad litem for CHRISTOPHER SMITH for the reasons set forth in this Petition.

DATE: May 30, 2008



JUDGE OF THE U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Joseph C. Spero