DORIT LAW FIRM
J NILEY DORIT, ESQ.    SBN: 95414
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CALIFORNIA 94104
TEL: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE THAMES, an individual, CHRISTOPHER SMITH, a minor, by and through his Guardian ad Litem, AYESHA ROACH, | Case No.: C 08-02617 JCS |
| | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Plaintiffs, | **Hon. Joseph C. Spero** |
| vs. | |
| UNITED STATES OF AMERICA; SAN FRANCISCO VETERANS ADMINISTRATION MEDICAL CENTER, DOES 1 through 50 inclusive, | |
| Defendants, | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal form the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date: June 3, 2008

DORIT LAW FIRM

J NILEY DORIT
Attorney for Plaintiffs – THAMES

# PROOF OF SERVICE
*Case No. C 08-02617 JCS*

I, Kathy Reid, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On 6/3/08, I served the attached:

**Consent to Proceed Before A United States Magistrate Judge**

on the interested party(ies) named below:

No parties have appeared – Service of Process is pending

I served the attached document(s) in the manner indicated below:

☐ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Dorit Law Office, 220 Montgomery Street, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

AND

☐ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

AND

☐ **BY FACSIMILE:** I caused a copy(ies) of such document(s) to be transmitted via facsimile machine. The fax number of the machine from which the document was transmitted was (415) 433-3308. The fax number(s) of the machine(s) to which the document(s) were transmitted are listed above. The fax transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed 6/3/08, at San Francisco, California.

_____
Kathy Reid