**DORIT LAW FIRM**
J NILEY DORIT, ESQ.    SBN: 95414
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CALIFORNIA 94104
TEL: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE THAMES, an individual, ) Case No.: c08 02617 JCS
CHRISTOPHER SMITH, a minor, by and )
through his Guardian ad Litem, AYESHA ) **PROOF OF SERVICE OF SUMMONS &**
ROACH, ) **COMPLAINT AND ALL SUPPORTING**
) **PAPERS**
    Plaintiffs, )
)
vs. )
)
UNITED STATES OF AMERICA; SAN )
FRANCISCO – VAMC, et al., )
)
    Defendants, ) Assignment to Hon. Joseph C. Spero
)
)
)
_____

    Attached hereto and made a part hereof is the Proof of Service of Summons, Complaint, and supporting papers listed therein on Defendant United States of America.

    No other parties have yet appeared.

Date: June 10, 2008                    DORIT LAW FIRM

                                                            J NILEY DORIT
                                                             Attorney for Plaintiff - THAMES

J. NILEY DORIT #95414
DORIT LAW FIRM
220 Montgomery Street, Ste. 2100
San Francisco, CA 94104
415/956-2757

Attorney for Plaintiffs VALERIE THAMES, et al.,

# THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE THAMES, et al.,
        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,
        Defendants.

Case No.: CV 08 2617 JCS

## PROOF OF SERVICE

I, Tony Klein, declare:
I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.
I delivered a copy of the **Summons & Complaint, Notice of Assignment of Case to a US Magistrate judge for Trial, Blank Consent to Proceed form, Blank Declination to proceed form, ECF Registration Information Handout, Order Setting Initial Case Mgmt Conference and ADR Deadlines, Standing Order re; CMC, Standing order for All Judges in the USDC, NDC, Contents of Joint CM Stmt, Welcome Memo to USDC, NDC** to:

**PERSON SERVED:** UNITED STATES OF AMERICA

**ADDRESS:** Office of the US Attorney
450 Golden Gate Ave., 9th Floor
San Francisco, California 94102

**DATE/TIME:** June 6, 2008  12:19 PM

**MANNER OF SERVICE:** ☒ Personal Service

by delivery to TIFANNI CHIU, Agent for Service and a person authorized to accept service for the defendant.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and this declaration is executed on June 6, 2008 at San Francisco, California.

Attorney's Service of San Francisco
4104 – 24th Street, #393
San Francisco, CA 94114
415/495-4221

Tony Klein      RPS: San Francisco #21

## PROOF OF SERVICE