**DORIT LAW FIRM**
J NILEY DORIT, ESQ.   SBN: 95414
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CALIFORNIA 94104
TEL: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE THAMES, an individual, CHRISTOPHER SMITH, a minor, by and through his Guardian ad Litem, AYESHA ROACH,<br><br>  Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants, | Case No.: c08 02617 JCS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND ALL SUPPORTING PAPERS**<br><br>Assigned to Hon. Joseph C. Spero |

Attached hereto and made a part hereof is the Proof of Service of Summons, Complaint, and supporting papers listed therein on Defendant San Francisco Veterans Administration Medical Center.

No other parties have yet appeared.

Date: June 26, 2008

DORIT LAW FIRM

J NILEY DORIT
Attorney for Plaintiff - THAMES

THAMES:  POS of S&C - 1

J. NILEY DORIT
DORIT LAW FIRM
220 Montgomery Street, Ste. 2100
San Francisco, CA 94104
415/956-2757

Attorney for Plaintiffs VALERIE THAMES, et al.,

# THE UNITED STATES DISTRICT COURT
# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE THAMES, et al.,
        Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,
        Defendants.

Case No.: CV 08 2617 JCS

## PROOF OF SERVICE

I, Kathy Nelson, declare:

I am a Registered Process Server and was retained to serve process in the above-referenced matter on the following person or entity. I was on the dates herein mentioned over the age of eighteen years and not a party to the above-entitled action. I am authorized to serve legal process in the State of California. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I delivered a copy of the **Summons & Complaint, Notice of Assignment of Case to a US Magistrate judge for Trial, Blank Consent to Proceed form, Blank Declination to proceed form, ECF Registration Information Handout, Order Setting Initial Case Mgmt Conference and ADR Deadlines, Standing Order re; CMC, Standing order for All Judges in the USDC, NDC, Contents of Joint CM Stmt, Welcome Memo to USDC, NDC** to:

**PERSON SERVED:** SAN FRANCISCO VETERANS ADMINISTRATION MEDICAL CENTER

**ADDRESS:** 4150 Clement Street, San Francisco, California 94121

**DATE/TIME:** June 10, 2008  1:06 PM

**MANNER OF SERVICE:** ☒ Personal Service

by delivery to PAULA LOO, Secretary, VA Police Department and a person authorized to accept service for the defendant.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct and this declaration is executed on June 16, 2008 at San Francisco, California.

Attorney's Service of San Francisco
4104 – 24th Street, #393
San Francisco, CA 94114
415/495-4221

*Kathy Nelson*

Kathy Nelson          RPS: San Mateo #399

## PROOF OF SERVICE