JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

   U.S. Attorney's Office/Civil Division
   450 Golden Gate Avenue, 9th Floor
   San Francisco, California 94102-3495
   Telephone: (415) 436-7322
   Facsimile: (415) 436-6748
   E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE THAMES et al., ) | No. 08-2617 SC |
| Plaintiffs, ) | |
| ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AND PRE-CONFERENCE FILINGS** |
| v. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |
| _____ ) | |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that (a) the date for the Initial Case Management Conference (currently scheduled for September 5, 2008 at 10:00 a.m.) be continued to **September 19, 2008 at 10:00 a.m.**, (b) the last day to meet and confer about initial disclosures, early settlement, ADR process selection and a discovery plan, as well as the filing of their respective ADR Certifications and Stipulation to ADR Process or Notice of Need for ADR Phone Conference be continued from August 25, 2008 to **September 5, 2008**, and (c) the last day to file a Rule 26(f) Report, complete initial disclosures and file a joint Case Management Conference Statement be continued from September 8, 2008 to **September 12, 2008**.

    The stipulation as to changing the date for the Initial Case Management Conference is based on the fact that counsel for defendant will be in South Carolina to attend a training seminar

STIP. AND [PROPOSED] ORDER TO CONTINUE DATES
C08-2617 SC

1  at the National Advocacy Center between September 2, 2008 and September 5, 2008.  This
2  training seminar was scheduled long in advance of the Court's July 22, 2008 Clerk's notice
3  setting the date for the Case Management Conference.  *See* Docket No. 12.  The stipulation as to
4  the pre-conference filing requirements is based on the stipulated change in the date for the case
5  management conference as well as the fact that Plaintiff's counsel will be in trial out of town for
6  most of the month of August, 2008.  The undersigned have begin to discuss certain matters about
7  this case, but need more time to meet and confer and discuss certain matters with their respective
8  clients.  The parties do not believe that any prejudice would be caused as a result of this short
9  continuance and submit that no other dates would need to be continued. The original date of the
10 Case Management Conference was continued once by the Court but no other dates have been
11 continued in this case.

13 DATED: July 28, 2008            By:    /s/
                                   J. NILEY DORIT
14                                 Attorney for Plaintiff

16                                 JOSEPH P. RUSSONIELLO
                                   United States Attorney

18 DATED: July 28, 2008            By:    /s/
                                   MICHAEL T. PYLE
19                                 Assistant United States Attorney
                                   Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

The date for the Initial Case Management Conference is continued from September 5, 2008 at 10:00 a.m. to **September 19, 2008 at 10:00 a.m.**

The last day to meet and confer about initial disclosures, early settlement, ADR process selection and a discovery plan, as well as the filing of their respective ADR Certifications and Stipulation to ADR Process or Notice of Need for ADR Phone Conference is continued from August 25, 2008 to September 5, 2008.

1  The last day to file a Rule 26(f) Report, complete initial disclosures and file a joint Case
2  Management Conference Statement is continued from September 8, 2008 to **September 12,**
3  **2008.**
4
5  DATED: _____        _____
                                  HON. SAMUEL CONTI
6                                 United States District Judge

STIP. AND [PROPOSED] ORDER TO CONTINUE DATES
C08-2617 SC