JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE THAMES et al., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>    Defendant. )<br>_____ ) | No. 08-2617 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the date for the Initial Case Management Conference (currently scheduled for September 19, 2008 at 10:00 a.m.) be continued to **January 16, 2009 at 10:00 a.m.**

The stipulation is based on the fact that the parties have agreed to conduct a mediation, which stipulation was approved by the Court on September 5, 2008 (Docket No. 19).  The parties intend to make a good faith effort to settle the case (or at least narrow the issues in dispute) through mediation and without the expenses of fact and expert discovery.  The parties will exchange initial disclosures and file a Rule 26(f) report on the existing schedule.  The parties have stipulated to continue the Initial Case Management Conference until January 2009 because counsel for the parties have an active trial schedule in 2009 that leaves little prospect for a trial in

1  2009 absent the settlement or other disposition of one or more of their respective cases.  The
2  parties expect that by January of 2009 they will be in a better position to schedule a trial date and
3  other dates in the case as it seems likely that one or more of their cases will resolve between now
4  and then.  Furthermore, by January of 2009 the parties will know whether or not settlement or
5  narrowing of the issues is possible and whether or not either party expects to bring a motion for
6  summary adjudication or summary judgment.
7      The date for the Initial Case Management Conference was continued once by the Court to
8  September 5, 2008 and then continued by stipulation of the parties to September 19, 2008 as the
9  result of travel by counsel for Defendant.

10
11 DATED: September 8, 2008        By:     _____/s/_____
                                            J. NILEY DORIT
12                                          Attorney for Plaintiff

13
                                            JOSEPH P. RUSSONIELLO
14                                          United States Attorney

15
   DATED: September 8, 2008        By:     _____/s/_____
16                                          MICHAEL T. PYLE
                                            Assistant United States Attorney
17                                          Attorneys for Defendant

18

19 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:

20     The date for the Initial Case Management Conference is continued from September 19, 2008
21 at 10:00 a.m. to **January 16, 2009 at 10:00 a.m.**  The parties shall file a joint Case Management
22 Conference Statement on or before January 9, 2009.

23

24 DATED:  9/9/08
                                            DENIED
25                                          _____
                                            HON.
                                            United                    /s/ Samuel Conti
26                                                                    Judge Samuel Conti

27

28

STIP. AND [PROPOSED] ORDER TO CONTINUE DATES
C08-2617 SC                         2