1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954 )
    Assistant United States Attorney
4
5       U.S. Attorney's Office/Civil Division
        450 Golden Gate Avenue, 9th Floor
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7322
        Facsimile: (415) 436-6748
7       E-mail: michael.t.pyle@usdoj.gov
8   Attorneys for Defendant United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12
13  VALERIE THAMES et al.,              )    No. 08-2617 SC
                                        )
14          Plaintiffs,                 )
                                        )
15      v.                              )    **STIPULATION CONTINUING DATES**
                                        )    **FOR EXPERT DISCLOSURES**
16  UNITED STATES OF AMERICA,           )
                                        )    Civil L.R. 6-1(a)
17          Defendant.                  )
    _____)
18
19          IT IS HEREBY STIPULATED by and between the undersigned that the deadline for

20  expert disclosures is continued to April 10, 2009 and the deadline for rebuttal expert disclosures

21  is continued to May 15, 2009.  The undersigned submit this stipulation pursuant to Civil Local

22  Rule 6-1(a) and certify that the extension of these dates does not require changes to any deadlines

23  or dates set by the Court.  These dates have not been continued prior to the filing of this

24  stipulation.

25  DATED: February 27, 2009      By:    _____/s/_____

26                                       J. NILEY DORIT
                                         Attorney for Plaintiff
27  ///

28  ///

STIP. TO CONTINUE DATES
C08-2617 SC                              1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 27, 2009     By: _____/s/ _____

MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendant