DORIT LAW FIRM
J NILEY DORIT, ESQ.   SBN: 95414
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CALIFORNIA 94104
TEL: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

ATTORNEY FOR PLAINTIFF(S)

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA
San Francisco Division

| | |
|---|---|
| VALERIE THAMES, an individual, CHRISTOPHER SMITH, a minor, by and through his Guardian ad Litem, AISHA ROACH,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; SAN FRANCISCO VETERANS ADMINISTRATION MEDICAL CENTER, DOES 1 through 50 inclusive,<br><br>Defendants, | No. 08-2617 SC<br><br>STIPULATION RE: SETTLEMENT AND VACATING PRE-TRIAL AND TRIAL DATES; FURTHER CASE STATUS [Proposed Order]<br><br>Trial Date: June 15, 2009 |

IT IS HEREBY STIPULATED by and between the parties hereto that the captioned matter has been settled. Based thereon, the parties request that all pre-trial and trial dates be vacated.

This is a case of medical negligence and the settlement is made on behalf of an adult and minor child. A Petition for a Minor's Compromise will be required for the portion of the settlement applicable to the Minor. It is also anticipated that Trusts

1

Stipulation Re Settlement and Vacating Trial/Other Dates
C08-2617 SC

and/or Special Needs Trusts may be necessary for the Plaintiffs to maintain their current health care benefits.  Thus, preparation of these documents and the necessity of a further hearing on obtaining the Court's review of the minor's compromise will require additional time, hopefully not to exceed 90 days, before the Minors Compromise Petition may be heard and the case subsequently dismissed. Should additional time be required, another stipulation can be filed by the parties in a timely fashion.

DATED: April 2, 2009

DORIT LAW FIRM
/s/
J NILEY DORIT
Attorney for Plaintiffs

DATED: April 2, 2009

JOSEPH P. RUSSONIELLO
United States Attorney
/s/
MICHAEL T. PYLE
Assistant US Attorney
Attorney for Defendants

## ORDER

Good cause appearing, IT IS ORDERED THAT:

1. All pre-trial and trial dates are vacated;

2. Plaintiffs' counsel shall prepare and file for hearing before this Court a Petition for Minor's Compromise and any related pleadings;

3. If the Plaintiff fails to file a Petition for Compromise and obtain a hearing date for said Petition to take place on or before July 2, 2009, the parties shall file a further Joint Statement and Stipulation Re: Case Management setting forth the reasons why such Petition has not been filed and a proposal for further case management.

DATE: ___April 3, 2009_____

HON. SAMUEL CONTI



2

Stipulation Re Settlement and Vacating Trial/Other Dates
C08-2617 SC