DORIT LAW FIRM
J NILEY DORIT, Esq.   SBN: 95414
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Tel: 415/956-2757
Fax: 415/433-3308
dorit@doritlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE THAMES, an individual, CHRISTOPHER SMITH, a minor, by and through his Guardian ad Litem, AISHA ROACH,<br><br>Plaintiffs,<br>vs.<br>UNITED STATES OF AMERICA; SAN FRANCISCO VETERANS ADMINISTRATION MEDICAL CENTER, DOES 1 through 50, inclusive,<br><br>Defendants. | No. C 08-2617 SC<br><br>[PROPOSED] ORDER ON PETITION FOR ORDER APPROVING (1) COMPROMISE OF DISPUTED CLAIM/PENDING ACTION OF MINOR AND A PERSON WITH A DISABILITY, (2) ALLOCATION OF ASSETS BETWEEN MINOR AND ADULT WITH A DISABILITY, (3) PAYMENT OF ATTORNEY FEES AND LITIGATION COSTS, AND (4) PAYMENT OF BALANCE OF SETTLEMENT TO (A) GUARDIANSHIP OF THE ESTATE OF MINOR AND (B) SPECIAL NEEDS TRUST FOR ADULT WITH DISABILITY |

The verified Petition of Aisha Roach, Guardian ad Litem of minor plaintiff, CHRISTOPHER SMITH, and VALERIE THAMES, adult plaintiff, (hereinafter "Petitioner" and/or "Plaintiffs") for an Order Approving Compromise with Defendants United States of America (hereinafter "defendants"), that money be paid to the Guardianship Estate of CHRISTOPHER SMITH and to the VALERIE THAMES Special Needs Trust, and for Allowance of Attorneys Fees and Costs, came on for hearing this date, before the above-entitled Court.  GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED:

1

1. The claims of Plaintiffs, including the Minor CHRISTOPHER SMITH shall be compromised, settled, apportioned, and attorney's fees and costs paid in the amounts as set forth in the Petition and as hereinafter stated. The Court finds that Petitioner has made a careful and diligent inquiry and investigation related to the claims made and the damages suffered. The Court is further satisfied that the Plaintiffs/Petitioner fully understand that with the approval of the compromise herein, the minor and adult plaintiff will be forever barred and prevented seeking any further recovery or compensation from the Defendants.

2. The compromise being approved, upon the execution of the terms of the compromise, Defendants shall be fully and forever released and discharged of and from all claims, charges and demands arising from the facts alleged in the Complaint on file herein. Petitioner and Plaintiff are hereby authorized to execute Stipulated Compromises, Releases and any other documents necessary to effectuate the settlement.

3. Said settlement and compromise provides for the payment of Five Hundred Thousand Dollars ($500,000). The Court finds this compromise and settlement and the allocation provided herein to be fair, reasonable, and in the best interests of the minor and the adult plaintiff. Furthermore, the allocation and distribution set forth herein is consistent with the law of the State of California.

4. The settlement proceeds shall be apportioned as follows:

| | |
|---|---|
| **GROSS RECOVERY** | **$500,000.00** |
| Minor Christopher Smith | $250,000.00 |
| Valerie Thames | $250,000.00 |
| Costs allocated to CHRISTOPHER SMITH | $10,358.16 |
| Costs allocated to VALERIE THAMES | $10,358.16 |
| Attorneys Fees for CHRISTOPHER SMITH | $59,910.46 |
| Attorneys Fees for VALERIE THAMES | $59,910.46 |

5. That of the Five Hundred Thousand Dollars ($500,000.00) being paid in settlement of the Plaintiffs' claims, the sum of $119,820.92 be paid to J Niley Dorit, Esq.,

attorney for the Plaintiffs, as attorney's fees for the claim, a sum which is within the provisions of Federal law under 28 USC Sec. 2678; the sum of $20,716.32 be paid to J Niley Dorit, Esq. as reimbursement of costs incurred herein; and the sum of $15,000 be held in reserve in the State Bar registered Attorney Trust Account maintained by the Dorit Law Firm for the payment of outstanding expenses. On or before sixty days following the receipt of the settlement funds, half of the balance of said reserve funds shall be paid to the trustee of the Guardianship Estate of Christopher Smith and half shall be paid into the Valerie Thames Special Needs Trust.

6. The facts set forth in the petition are true and it is in the best interests of CHRISTOPHER SMITH that the net proceeds of the settlement in the above-captioned proceedings be paid to the Guardianship Estate of CHRISTOPHER SMITH; the net proceeds for VALERIE THAMES of the settlement in the above captioned proceedings be paid to the VALERIE THAMES SPECIAL NEEDS TRUST. All of said funds shall be payable upon the approval of the Guardianship Estate and Special Needs Trust by the Superior Court of the State of California, County of San Francisco.

7. None of the proceeds of the settlement shall be considered to have been received by, or available to, or to have come into the possession of VALERIE THAMES for purposes of her qualification for programs of public benefits.

8. Notice has been provided to the State Department of Health Services, State Department of Mental Health, and State Department of Developmental Services. All statutory liens in favor of the State Department of Health Services, State Department of Mental Health, State Department of Developmental Services, and any county or city in the state shall first be satisfied prior to the payment of settlement proceeds to the VALERIE THAMES SPECIAL NEEDS TRUST.

attorney for the Plaintiffs, as attorney's fees for the claim, a sum which is within the provisions of Federal law under 28 USC Sec. 2678; the sum of $20,716.32 be paid to J Niley Dorit, Esq. as reimbursement of costs incurred herein; and the sum of $15,000 be held in reserve in the State Bar registered Attorney Trust Account maintained by the Dorit Law Firm for the payment of outstanding expenses. On or before sixty days following the receipt of the settlement funds, half of the balance of said reserve funds shall be paid to the trustee of the Guardianship Estate of Christopher Smith and half shall be paid into the Valerie Thames Special Needs Trust.

6. The facts set forth in the petition are true and it is in the best interests of CHRISTOPHER SMITH that the net proceeds of the settlement in the above-captioned proceedings be paid to the Guardianship Estate of CHRISTOPHER SMITH; the net proceeds for VALERIE THAMES of the settlement in the above captioned proceedings be paid to the VALERIE THAMES SPECIAL NEEDS TRUST. All of said funds shall be payable upon the approval of the Guardianship Estate and Special Needs Trust by the Superior Court of the State of California, County of San Francisco.

7. None of the proceeds of the settlement shall be considered to have been received by, or available to, or to have come into the possession of VALERIE THAMES for purposes of her qualification for programs of public benefits.

8. Notice has been provided to the State Department of Health Services, State Department of Mental Health, and State Department of Developmental Services. All statutory liens in favor of the State Department of Health Services, State Department of Mental Health, State Department of Developmental Services, and any county or city in the state shall first be satisfied prior to the payment of settlement proceeds to the VALERIE THAMES SPECIAL NEEDS TRUST.

9. All monies payable to CHRISTOPHER SMITH pursuant to the settlement in this matter shall be paid to the trustee of the Guardianship Estate of minor CHRISTOPHER SMITH to be held, administered and distributed for the benefit of CHRISTOPHER SMITH under the terms of said Guardianship.

10. It is further Ordered that Petitioner is authorized to settle this claim on behalf of the Minor and that the Petitioner receives and negotiates funds as set forth herein, and execute a full release and dismissal against all defendants. The $500,000.00 settlement shall be paid as set forth in the Stipulation for Compromise Settlement and Releases upon the Court's approval of this Petition and the Stipulation for Compromise Settlement and Releases.

The Court thus hereby makes its order approving the settlement and compromise and for such other and further Order as the Court may deem proper.

DATE: _____

                                    _____
                                    Hon. Samuel Conti

Thames [Proposed] Order Approving Minor's Compromise
C08-2617 SC