```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

    U.S. Attorney's Office/Civil Division
    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone: (415) 436-7322
    Facsimile: (415) 436-6748
    E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendant United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALERIE THAMES et al., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. 08-2617 SC <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** |

///
///
///
///
///
///
///

    IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). Each party shall bear its own

STIP. AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
C08-2617 SC

fees and costs.

DATED: June 12, 2009

*Valerie Thames*
Valerie Thames, Plaintiff

DATED: June 12, 2009

*Aisha Roach*
Aisha Roach, as Guardian ad litem for
Plaintiff Christopher Smith, a minor

DATED: June 12, 2009      By: *J. Niley Dorit*
J. NILEY DORIT
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: June 12, 2009      By: *Michael T. Pyle*
MICHAEL T. PYLE
Assistant United States Attorney
Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: July 1, 2009

*[Signature]*
HON. SAMUEL CONTI
United States District Judge

[Stamp: IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California]

STIP. AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE
C08-2617 SC                                    2